AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Rosen, Gerald E. | 2. Court or Organization  U.S. District Court | 3. Date of Report  5/3/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2010 to 12/31/2010 |
| 7. Chambers or Office Address  Room 730  U.S. Courthouse  231 West Lafayette  Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Focus:Hope, Detroit, Michigan |
| 2. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. Trustee | Trust No. 1 |
| 4. Trustee | Trust No. 2 |
| 5. Custodian | Custodial Account No. 1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |
| 4. 2007 | The Michigan Baseball Ventures, LLC - See Part VIII. Additional Information |

**Rosen, Gerald E.**

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/3/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Thomson Reuters (West Group) - Book Royalties | $34,852.11 |
| 2. 2010 | Cooley Law School - Teaching | $7,000.00 |
| 3. 2010 | Wayne State University Law School - Teaching | $16,904.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Rutter Group | June 7-9, 2010 | Los Angeles, California | Speaker | Airfare, Meals, Taxi, Parking, Mileage |
| 2. | The Rutter Group | June 14-16, 2010 | Seattle, Washington | Speaker | Airefare, Meals, Taxi, Parking, Mileage |
| 3. | The Rutter Group | June 16-17, 2010 | San Fransisco, California | Speaker | Airfare, Meals, Taxi, Parking, Mileage |
| 4. | The Rutter Group | June 24, 2010 | Detroit, Michigan | Speaker | Meals |
| 5. | Cleveland Council on World Affairs | April 29, 2010 | Cleveland, Ohio | Speaker | Meals, Taxi, Tolls, Mileage |
| 6. | University of Toledo Foundation | February 19-20, 2010 | Toledo, Ohio | Speaker | Mileage, Hotel, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/3/2011 |

| 7. | Southern Methodist University | September 30-October 1, 2010 | Dallas, Texas | Speaker | Airfare, Parking, Lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/3/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Marriott Vacation Club International | Mortgage on Vacation Time Share | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National City Accounts - Detroit | A | Interest | J | T | | | | | |
| 2. IRA No. 1 | B | Dividend | M | T | | | | | |
| 3. -Transacanada | | | | | | | | | |
| 4. -Nestle's | | | | | | | | | |
| 5. -Natural Resource Partners | | | | | Sold | 01/22/10 | J | | |
| 6. -Rogers Communication | | | | | | | | | |
| 7. -MDU Resources Group | | | | | | | | | |
| 8. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 9. IRA No. 2 | A | Dividend | M | T | | | | | |
| 10. -Forest Oil Corp | | | | | | | | | |
| 11. -Shoppers Drug Mart Corp | | | | | | | | | |
| 12. -Mariner Energy Inc | | | | | Sold | 11/24/10 | J | B | |
| 13. -Apache Corp. | | | | | | | | | |
| 14. -Ensco PLC Sponsored ADR | | | | | | | | | |
| 15. -Costco Wholesale Corp | | | | | | | | | |
| 16. -El Paso Electric Co. | | | | | | | | | |
| 17. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Roth IRA No. 1 | A | Interest | J | T | | | | | |
| 19. -Marshall & Isley Bank Deposit Program | | | | | | | | | |
| 20. Roth IRA No. 2 | A | Interest | J | T | | | | | |
| 21. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 22. Brokerage Account No. 1 | | | | | | | | | |
| 23. -Raytheon | A | Dividend | J | T | | | | | |
| 24. Custodial Account No. 1 | | | | | | | | | |
| 25. -Cisco Systems, Inc. | | None | J | T | | | | | |
| 26. -Intel Corp | A | Dividend | J | T | | | | | |
| 27. 529 Plan | | | | | | | | | |
| 28. -American Funds Capital World Growth & Inc 529C | A | Dividend | K | T | | | | | |
| 29. Trust No. 1 | C | Int./Div. | L | T | | | | | |
| 30. -Haslett MI Public Schools | | | | | | | | | |
| 31. -Genesse City MI Bldg. | | | | | | | | | |
| 32. -Provident Energy Trust | | | | | | | | | |
| 33. -Pace Oil & Gas LTD | | | | | Spinoff (from line 32) | 07/14/10 | J | | |
| 34. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust No. 2 | A | Int./Div. | L | T | | | | | |
| 36. -Fomento Econ Mexicano SAB Sponsored ADR | | | | | Sold | 01/22/10 | J | D | |
| 37. -Johnson & Johnson | | | | | Sold | 05/18/10 | J | | |
| 38. -Walt Disney | | | | | Sold | 05/18/10 | J | B | |
| 39. -Atlantic Power Corp New | | | | | Buy | 12/30/10 | J | | |
| 40. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 41. Trust No. 3 (Y) | | | | | | | | | |
| 42. -Marshall & Isley Bank - Cash Equivalent (Y) | | | | | | | | | |
| 43. Michigan Baseball Ventures, LLC Partners | D | Distribution | K | V | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/3/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2. Part III. Agreements
a.) Line 4 - To own interests in various minor league baseball franchises; net profits/losses are allocated with accordance with members' shares

3. Part VII. Investments and Trusts
a.) Line 12 - Mariner Energy was acquired by Apache Corp. on 11/24/10. Shareholders received cash and stock in Apache Corp. in exchange for shares of Mariner Energy.
b.) Line 13 - Apache Corp. stock was acquired through the acquisition of Mariner Energy (previously reported on Line 12) by Apache Corp.
c.) Line 14 - Ensco International LTD Sponsored ADR changed its name to Ensco PLC Sponsored ADR.
d.) Line 43 - Michigan Baseball Ventures, LLC - Value used is Tax Basis reported on Schedule K-1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald E. Rosen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544